**Entered on Docket**
**October 25, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1

2

3

4

5

6  **TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
7  Nevada Bar No. 004417
212 South Jones Boulevard
8  Las Vegas, Nevada 89107
Telephone:  702 258-8200
9  Fax:  702 258-8787
**Attorney for Secured Creditor Deutsche Bank National Trust Company, as Trustee for BCAP**
10 **LLC 2007-AA3**
11-74430
11

12               UNITED STATES BANKRUPTCY COURT

13                    DISTRICT OF NEVADA

14

15 | In Re: | Bk Case No.: 11-23985-lbr |
|---|---|
16 | Antonio De La Torre Colon | Date:  10/14/11 |
| | Time: 10:30 am |
17 | | Chapter 07 |
18 | Debtor. | |

19              **ORDER VACATING AUTOMATIC STAY**

20        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

21 above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured

22 ///

23 ///

24 ///

25 ///

26 ///

Creditor Deutsche Bank National Trust Company, as Trustee for BCAP LLC 2007-AA3, its assignees and/or successors in interest, of the subject property, generally described as 8460 Del Vista Court, Las Vegas, NV 89113.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven days' notice of the time, place and date of sale.

Submitted by:

TIFFANY & BOSCO, P.A.

By: _____#10235
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By:_____
Ellen Stoebling
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Lenard E. Schwartzer
Chapter 07 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __X__ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde. Esq.
Gregory L. Wilde. Esq.
Attorney for Secured Creditor